**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **RICARDO FERNANDO VAZQUEZ** | **CIVIL CASE NO. 26-1425 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **HERIBERTO TELLEZ, ET AL** | **MAGISTRATE JUDGE AYO** |

**MEMORANDUM RULING AND ORDER**

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (R. Doc. 1) filed by Petitioner Ricardo Fernando Vazquez ("Vazquez"). At the time of filing, Vazquez was an immigration detainee at the Jackson Parish Correctional Center in Jonesboro, Louisiana. *See* R. Doc. 1 at 3. According to the declaration of Acting Assistant Field Office Director Justin Williams, Vazquez was granted voluntary departure to Mexico on July 10, 2026, and was removed on July 28, 2026. *See* R. Doc. 5-1 at 2.

An alien who has been finally removed from United States is not "in custody," as required for a court to have the power to grant a writ of habeas corpus. *See Merlan v. Holder*, 667 F.3d 538 (5th Cir. 2011) (per curiam); *Dien Thanh Ngo v. Johnson*, 3:19-CV-976, 2019 WL 3468909 (N.D. Tex. 2019) (collecting cases), *report and recommendation adopted*, 2019 WL 3459817 (N.D. Tex. 2019); 28 U.S.C. § 2241.

Because Petitioner has been deported, **IT IS ORDERED** that the Petition (R. Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED** this 24th day of September, 2026.

**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**